## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

JULIE DALTON,

      Plaintiff,

v.

TRANSFORM SR LLC,

      Defendant.

Civil No. 23-3424 (JRT/DLM)

**ORDER FOR DISMISSAL WITH PREJUDICE**

_____

Jason D. Gustafson, **Throndset & Michenfelder Law Office LLC**, One Central Avenue West Suite 101, St. Michael, MN 55330, Patrick W. Michenfelder, **Throndset Michenfelder Law Office, LLC**, 222 South Ninth Street, Suite 1600, Minneapolis, MN 55402, for plaintiff.

Jennifer M. Zwilling, **Jackson Lewis P.C.**, 150 South Fifth Street Suite 3500, Minneapolis, MN 55402, for defendant.

The parties filed a Stipulation of Dismissal. (ECF No. 14.) Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 6, 2024  
at Minneapolis, Minnesota

                                       s/ John R Tunheim  
                                       JOHN R. TUNHEIM  
                                       United States District Judge